UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gateway, Inc., et al.,

Plaintiffs,

v.

Civ. No. 02-249 (JEL/JGL)
ORDER

Micro Innovations, Incorporated,

Defendant.

Plaintiffs object to the Report and Recommendation, issued July 19, 2002, by the Honorable Jonathan Lebedoff, Chief United States Magistrate Judge. Plaintiffs' objections were timely filed under Local Rule 72.1(c)(2).

The Court has conducted a de novo review of the record. Based on that review, the Court declines to adopt the magistrate judge's Report and Recommendation. Instead, the Court concludes that Defendant shall respond to Plaintiffs' summons and complaint by October 15, 2002. Therefore, IT IS ORDERED THAT:

1. Defendant shall respond to Plaintiffs' summons and complaint by October 15, 2002.

Dated: October 2, 2002

JOAN ERICKSEN LANCASTER
United States District Judge

FILED OCT 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS