IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

Gateway, Inc., a Delaware corporation, Zomax Optical Media, L.P., a Minnesota limited partnership d/b/a Zomax Optical Media and Zomax Incorporated, a Minnesota corporation.

Plaintiff,

vs.

Micro Innovations Incorporated, a Delaware corporation,

Defendant.

JGL/JGL
Court File No.: 02-249DSD/JMM

**STIPULATION OF DISMISSAL**

WHEREAS, the parties in the above referenced matter have conferred, through their undersigned counsel, and have agreed as follows,

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by the undersigned attorneys for Gateway, Inc. and Zomax Optical Media and Micro Innovations Incorporated, that the parties agree to the terms as contained in the Settlement Agreement executed on even date herewith, that the above entitled action may be, and the same hereby is, dismissed without prejudice, without costs to any party hereto and that the Court may enter and file the following Order.

Dated: Feb 19, 2003

**MANSFIELD, TANICK & COHEN, P.A.**

By: ______________________

Thomas G. Wallrich (#213354)
Peter L. Crema, Jr. (#218868)
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis MN 55402-4511
612/339-4295

*Attorneys for Plaintiff*

FILED FEB 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED FEB 21 2003
DEPUTY CLERK'S INITIALS ______

Dated: 3/11, 2003

**LEVIN, BELSKY, ROSS & DANIELS**

By: ______________________
N. Barry Ross (# 5337)
585 Stuart Avenue
Garden City, New York 11530
516.745.6000

*Attorneys for Defendant*

**ORDER**

Based upon the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE entered into by the parties and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed without prejudice, without costs to any of the parties hereto. Minn. Gen. R. Prac. 125 notwithstanding, the Court Administrator is hereby directed to enter judgment forthwith upon this Order.

LET JUDGMENT BE ENTERED ACCORDINGLY BY THE COURT.

Date: Feb 21, 2003

BY THE COURT:

______________________
The Honorable Judge of District Court

#300321v1